# AFFIDAVIT TO SEARCH

## 121 GLESSNER AVE.

## MANSFIELD, RICHLAND, COUNTY OHIO


EXHIBIT 6

AFFIANT STATES THE FACTUAL BASIS FOR SUCH BELIEFS ARE:

1. ON 10/25/05 AT ABOUT 1405 HRS AGENT 05-01 MADE A CONTROLLED PHONE CALL TO 419-612-3269 AND SPOKE TO A FEMALE KNOWN AS LIL S. THE CONVERSATION BETWEEN THEM WAS ABOUT AGENT 05-01 MEETING HER AND PURCHASING TWO AND A HALF OUNCES OF CRACK COCAINE FROM HER AT 121 GLESSNER AVE. RESIDENCE.

2. AT ABOUT 1408 HRS AGENT 05-01 MADE A CONTROLLED PHONE CALL TO RONALD DAVIS AT 419-612-3269. THERE WAS A DISCUSSION BETWEEN THE TWO OF THEM ABOUT PURCHASING OUNCES OF CRACK COCAINE, AND RONALD DAVIS TOLD AGENT 05-01 TO MEET HIM AT A RESIDENCE ON ADAMS ST. IN MANSFIELD, OHIO.

3. AS THE AFFIANT AND DET. METCALF WERE TRAVELING TO THE AREA OF ADAMS ST. WE OBSERVED RONALD DAVIS ON GLESSNER AVE. PULLING ONTO SOUTH MAIN ST. IN AN OLDER MODEL SILVER CHEVY CAPRICE WITH OHIO REGISTRATION DOJ-6183 AND WE FOLLOWED THE VEHICLE TO 187 SOUTH ADAMS ST. WHERE HE PARKED HIS VEHICLE NEXT TO THE RESIDENCE.

4. S/A LUCAS OF THE DEA AND AGENT 05-01 WERE GOING TO MEET WITH RONALD DAVIS AND THEY WERE BOTH IN THE SAME VEHICLE EQUIPPED WITH A RECORDING DEVICE AND A TRANSMITTER SO THE AFFIANT COULD MONITOR THE CONVERSATION AS TO WHAT WAS TAKING PLACE. S/A LUCAS WAS GOING TO BE THE ONE TO TRY AND MAKE THE PURCHASE.

5. AT ABOUT 1421 HRS THE SURVEILLANCE TEAM OF TFO VERHILEY AND STROSS AS WELL AS S/A LUCAS (ALL OF THE DRUG ENFORCEMENT ADMINISTRATION) WATCHED AS AGENT 05-01 MET RONALD DAVIS AND THEY WALKED INTO 187 SOUTH ADAMS ST.

6. AT ABOUT 1422 HRS. AGENT 05-01 CAME OUT OF 187 SOUTH ADAMS ST. AND SPOKE TO S/A LUCAS, AND TOLD HIM RONALD DAVIS TOLD HIM TO MEET HIS GIRL AT 121 GLESSNER AVE, SHE WOULD BE WAITING OUTSIDE. AGENT 05-01 ALSO TOLD S/A LUCAS WHILE HE WAS TALKING TO DAVIS ABOUT THE PURCHASE; HE HAD A CHROME PISTOL IN HIS HAND.

7. AT ABOUT 1428 HRS S/A LUCAS AND AGENT 05-01 PICKED UP A BLACK FEMALE STANDING IN FRONT OF 121 GLESSNER AVE. AND SHE GOT INTO THEIR VEHICLE. THEY THEN DROVE OVER TO ARTHUR AVE AND PULLED ALONG THE CURVE AND STOPPED. THIS WAS WITNESSED BY BOTH THE AFFIANT AND DET. METCALF.

8. ONCE THE BLACK FEMALE WAS IN THE CAR, SHE IDENTIFIED HERSELF AS LIL S AND REACHED INTO HER POCKET AND PULLED OUT A SET OF ELECTRONIC SCALES, AND A PLASTIC BAG CONTAINING CRACK COCAINE.

9. LIL S HANDED THE BAG TO S/A LUCAS, WHO WEIGHED THE BAG, AND WAS ABOUT 63 GRAMS. S/A LUCAS THEN GAVE LIL S THE $2500.00 FOR THE CRACK COCAINE, BUT TOLD AGENT 05-01 TO CALL RONALD DAVIS, THE WEIGHT IN THE BAG WAS SHORT.

10. AGENT 05-01 DID TALK TO RONALD DAVIS, AND TOLD HIM ABOUT THE BAG BEING SHORT, AND HE SAID TAKE $200.00 BACK, WHICH S/A LUCAS DID.

11. WHILE AGENT 05-01 WAS TALKING ON THE PHONE TO RONALD DAVIS, HE SAID HE WATCHED THE DEAL GO DOWN AND EVERYTHING WAS OKAY.

12. THE AFFIANT HAD DRIVEN BY 121 GLESSNER AVE. JUST PRIOR TO THE PURCHASE AND OBSERVED THE OLDER MODEL SILVER CHEVY CAPRICE SITTING IN THE DRIVEWAY

13. AFTER THE BUY WAS COMPLETED, AGENT 05-01 RETURNED TO THE RICHLAND COUNTY SHERIFF'S OFFICE, AND RECEIVED AN INCOMING PHONE CALL FROM RONALD DAVIS. HE TOLD AGENT 05-01 HE WAS IN THE PROCESSES OF COOKING UP THE CRACK COCAINE HE HAD SHORTED HIM, AND IF HE WANTED TO, HE COULD STOP OVER AND PICK IT UP.

14. AFFIANT SPOKE TO AGENT 05-01 ON 11/07/05 AND HE BELIEVES RONALD DAVIS TO BE SELLING LARGE QUANTITIES OF CRACK COCAINE. HE SAID HE HAS TWO PLACES HE STAYS, AND AGENT 05-01 HAS BEEN IN SIDE 187 S. ADAMS ST. IN THE PAST, AND SET UP A DEAL FROM THERE, BUT RONALD DAVIS DID NOT HAVE THE CRACK AT THAT LOCATION BUT HAD AGENT 05-01 MEET HIS SELLER/GIRL IN FRONT OF 121 GLESSNER AVE. TO PROVIDE THE CRACK COCAINE TO THE UNDERCOVER OFFICER ALONG WITH AGENT 05-01. AGENT 05-01 THINKS 121 GLESSNER AVE. IS USED FOR THE COOKING AND STORAGE OF DRUGS, SINCE HE WILL NOT ALLOW ANYONE AT THAT RESIDENCE. AFFIANT KNOWS THIS TO BE TRUE BECAUSE LOTS OF TIME THE LARGER DEALERS DON'T WANT PEOPLE IN THE LOCATIONS WHERE THEY STORE THEIR DRUGS, BECAUSE THEY ARE AFRAID OF BEING ROBBED OR RIPPED OFF IF THEIR STORAGE AREAS ARE KNOWN.

15. AGENT 05-01 HAS SUPPLIED AFFIANT WITH INFORMATION RECENTLY AND ALSO IN THE PAST WHICH HAS PROVEN TO BE ACCURATE LEADING TO ARRESTS OF INDIVIDUALS AND SEIZURES OF DRUGS. THE AFFIANT BELIEVES AGENT 05-01 TO BE TELLING THE TRUTH REFERENCE TO THIS INVESTIGATION.

16. THE AFFIANT HAS BEEN WITH THE RICHLAND COUNTY SHERIFF'S DEPARTMENT FOR 34 YEARS, AND DURING THAT TIME HAS WORKED MANY SIMILAR DRUG INVESTIGATIONS LEADING TO MANY DRUG SEARCH WARRANTS, ARRESTS AND SEIZURES, THE AFFIANT HAS ALSO ATTENDED IN THOSE 34 YEARS MANY DRUG RELATED SCHOOLS AND TRAINING CLASSES.

17. AFFIANT IS REQUESTING A NIGHT TIME SEARCH WARRANT FOR THIS RESIDENCE DUE TO RONALD DAVIS BEING IN POSSESSION OF THE FIREARM AT THE TIME OF THE DRUG CONVERSATION. THE NIGHT TIME SEARCH WARRANT WILL GIVE OFFICERS THE ELEMENT OF SURPRISE WHILE EXECUTING THE WARRANT, BE SAFER FOR THEM, AND THE SUSPECT WILL HAVE LESS TIME TO DISPOSE OF THE DRUGS.

18. THE AFFIANT HAS CHECKED THE RECORD OF RONALD DAVIS AND FOUND HE HAS A PRIOR FELONY DRUG CONVICTION, AND WAS RECENTLY RELEASED FROM PRISON.

19. DET. METCALF CHECKED 121 GLESSNER AVE. ON 11/07/05 AND FOUND THE SILVER CHEVY CAPRICE WHICH RONALD DAVIS HAS SEEN DRIVING SITTING IN THE DRIVEWAY IN THE LATE AFTERNOON.

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS 9th DAY OF NOVEMBER 2005

_____
JUDGE/MANSFIELD MUNICIPAL COURT