UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| DANNY BROWN, ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | CASE NO. 07 CV 3750 |
| ) | Judge Solomon Oliver, Jr. |
| ) | |
| THE UNITED STATES OF AMERICA; ) | JURY DEMANDED |
| Drug Enforcement Administration Agents ) | |
| LEE LUCAS, ROBERT CROSS, and UNKNOWN ) | |
| DEA AGENTS; RICHLAND COUNTY; Richland ) | |
| County Sheriff's Officers CHUCK METCALF ) | |
| MATT MAYER, LARRY FAITH and UNKNOWN ) | |
| RICHLAND COUNTY SHERIFF'S OFFICERS; ) | |
| CITY OF CLEVELAND and UNKNOWN ) | |
| CLEVELAND POLICE OFFICERS; and ) | |
| JAMAL ANSARI, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff-Appellant, DANNY BROWN, by his attorneys, LOEVY & LOEVY, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's grant of summary judgment and entry of judgment in favor of Defendants-Appellees, entered on November 16, 2012, September 7, 2012, and April 3, 2012.

Respectfully submitted,

 /s/ Debra Loevy-Reyes

                                                Debra Loevy-Reyes
                                                Jon Loevy
                                                Loevy & Loevy
                                                312 N. May Street, Ste. 100
                                                Chicago, IL 60607
                                                (312) 243-5900
                                                loevylaw@loevy.com

                                                Attorney for Plaintiff-Appellant

cc:     Opposing Counsel \_\_\_
         Court of Appeals \_\_\_